Solomon S. Koppel, Appellant, v. Middle States Petroleum Corporation, Respondent. Else de Graaff, Appellant, v. Middle States Petroleum Corporation, Respondent.— Judgments unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore and Callahan, JJ. [197 Misc. 479.] [See *post*, p. 835.]

Jenkin Contracting Co., Inc., Appellant, v. Sixth Ave. and 57th Street Corp., Respondent, et al., Defendants. — While the "consent" of the owner, which is the predicate of a lien in favor of a contractor under section 3 of the Lien Law, need not amount to a contractual relationship, we think that the trial court properly decided on the facts of this case and that the owner had not given his "consent" within the requirement of the statute. Judgment, so far as appealed from, unanimously affirmed, with costs. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ. [See *post*, p. 760.]

Leslie Geiger, Respondent, v. Mazon Food Corporation, Appellant.— Defendant's obligation to repay the loan was to mature when its business was "established" or "built up". Since that status has not been attained the indebtedness has not yet become due. As a consequence the judgment is unanimously reversed, with costs to the appellant, and judgment is directed to be entered in favor of the appellant dismissing the complaint herein, with costs, without prejudice to the commencement of a new action when and if the loan matures. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.

Charles L. d'Espinay, Respondent, v. Thomas B. Gilchrist, as Ancillary Executor of Jean F. d'Espinay, Deceased, Appellant.— While motions to strike matter from a pleading under rule 103 of the Rules of Civil Practice are not generally regarded with favor by the court, the allegations in the complaint in this action relating to the residence of the parties has no possible relevancy to the motion and should not be drawn into issue. The evidentiary matter objected to has no apparent necessary connection with the action and requiring defendant to plead thereto might likewise put in issue matter which is objectionable. We do not mean to indicate one way or the other as to whether the evidence with respect to the checks should be admitted. That can await the showing at the trial. The plaintiff cannot be prejudiced by striking the matter from the pleading, and the defendant may be saved prejudice thereby. Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.